THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,, <br><br>Plaintiffs, <br><br>v. <br><br>LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP <br><br>Defendants. | No. 10-MC-184 MJP <br><br>[Original action is pending in the U.S. District Court for the Southern District of New York, Case No. 06-cv-5936 (KMW) (SDNY)] <br><br>**NOTICE OF MOTION** |

*Notice of Motion - (10-MC-184 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  PLEASE TAKE NOTICE that Defendant's Motion to Compel Non-Party

2  Amazon.com, Inc. to Comply with Defendants' Subpoena has been noted for consideration on

3  Judge Pechman's motion calendar for Friday, December 31, 2010, pursuant to CR 7(d).

4  

5  DATED this 17th day of December, 2010.

6  HILLIS CLARK MARTIN & PETERSON P.S.

7  By   s/ Michael R. Scott
8  Michael R. Scott, WSBA #12822
   Hillis Clark Martin & Peterson P.S.
9  1221 Second Avenue, Suite 500
   Seattle WA 98101-2925
10 Telephone: (206) 623-1745
11 Facsimile: (206) 623-7789
   Email: mrs@hcmp.com
12
13 OF COUNSEL
   WILLKIE FARR & GALLAGHER LLP
14     Mary Eaton
       Willkie Farr & Gallagher LLP
15     787 Seventh Avenue
16     New York NY 10019
       Telephone: (212) 728-8000
17     Facsimile: (212) 728-8111
       Email: meaton@willkie.com
18
19 Attorneys for Defendants
   Lime Group LLC; Lime Wire LLC; Mark Gorton;
20 and M.J.G. Lime Wire Family Limited Partnership

21

22

23

24

25

26

27

28

*Notice of Motion - (10-MC-184 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on December 17, 2010, he caused a copy of Notice of Motion to be served via legal messenger upon the following:

Vanessa Soriano Power
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101-3197

DATED this 17th day of December, 2010 at Seattle, Washington.

By    s/ Michael R. Scott
Michael R. Scott, WSBA #12822
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  mrs@hcmp.com

*Certificate of Service - (10-MC-184 MJP)*

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789